IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINE MCGOVERAN, JOSEPH VALENTINE, and AMELIA RODRIGUEZ, on behalf of themselves and all other persons similarly situated, known and unknown,

*Plaintiffs,*

v.

AMAZON WEB SERVICES, INC. and PINDROP SECURITY, INC.,

*Defendants.*

No. 1:20-cv-01399-SB

### ORDER

1. I **GRANT IN PART and DENY IN PART** Defendant Pindrop's motion to dismiss with prejudice (D.I. 52) plaintiffs' First Amended Complaint (D.I. 47). I **DISMISS WITHOUT PREJUDICE** all counts against Pindrop. If plaintiffs wish to amend their complaint, they **SHALL** file a motion for leave to amend within 30 days of the date of this order. That motion **SHALL** contain clean and red-lined versions of the proposed complaint, plus a letter brief no more than 5 single-spaced pages explaining why amendment would not be futile in light of the Biometric Information Privacy Act's financial-institution exception.

2. I **GRANT IN PART** and **DENY IN PART** Defendant Amazon's motion to dismiss with prejudice (D.I. 50) plaintiffs' First Amended Complaint (D.I. 47). I **DISMISS WITHOUT PREJUDICE** Counts I, III, and IV against Amazon. I **DENY** Amazon's motion to dismiss Count II. If plaintiffs wish to file an amended complaint, they **SHALL** do so within 30 days of the date of this order. No motion for leave to amend is required.

Dated: March 29, 2023

_____
UNITED STATES CIRCUIT JUDGE