**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTINE MCGOVERAN, JOSEPH VALENTINE, AMELIA RODRIGUEZ, RICHARD DRESSER, ALIKI MARINOS, ROBERT RITTER, FRED SPAGAT, STEVEN TALMONTAS, TRACI THOMPSON, JEFFREY WHALEN, MICHELLE WHALEN, and DONNA WINANDY on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>        Defendant. | Case No. 1:20-cv-01399-SB |

**DEFENDANT AMAZON WEB SERVICES, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Amazon Web Services, Inc. moves, pursuant to Federal Rule of Civil Procedure 56, for entry of summary judgment in its favor on Counts I-IV of Plaintiffs' Second Amended Complaint.[1]  The grounds for this motion are fully set forth in the Opening Brief in Support of Defendant Amazon Web Services, Inc.'s Motion for Summary Judgment, and accompanying submissions, filed contemporaneously herewith.

---

[1] Counts I and III were previously dismissed for lack of subject matter jurisdiction, and Count IV was dismissed for failure to state a claim (D.I. 74-75), but Plaintiffs reasserted each of those Counts in the Second Amended Complaint (D.I. 175).  Count IV is subject to a pending motion for judgment on the pleadings.  D.I. 216.  Out of caution, Defendant moves for summary judgment on all Counts I-IV on the grounds explained in the Opening Brief.

Dated: August 21, 2024

Beth Herrington (admitted *pro hac vice*)
110 North Wacker Drive, Suite 2800
Chicago, IL  60606
(312) 324-1000
beth.herrington@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 North Market Street, Suite 2201
Wilmington, DE  19801
(302) 574-3000
jody.barillare@morganlewis.com

*Attorneys for Defendant Amazon Web
Services, Inc.*