IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINE MCGOVERAN; JOSEPH VALENTINE; and AMELIA RODRIGUEZ,

    *Plaintiffs,*

v.

AMAZON WEB SERVICES, INC.,

    *Defendant.*

Case No. 20-CV-01399-SB

## STIPULATION AND PROPOSED ORDER

Plaintiffs and Defendant Amazon Web Services, Inc., by and through their undersigned counsel, hereby stipulate to the following briefing deadlines for Defendant's pending motion for summary judgment [D.I. 231-232] ("Motion"):

- Plaintiffs' opposition to the Motion shall be filed and served by no later than September 18, 2024.

- Defendant's reply in support of the Motion shall be filed and served by no later than October 7, 2024.

Date: August 27, 2024

| JACOBS & CRUMPLAR, P.A. | MORGAN LEWIS & BOCKIUS LLP |
|---|---|
| */s/ David Crumplar* | */s/ Jody C. Barillare* |
| David Crumplar (#5876) | Jody C. Barillare (#5107) |
| 10 Corporate Circle, Suite 301 | 1201 North Market Street, Suite 2201 |
| New Castle, DE 19720 | Wilmington, DE 19801 |
| (302) 656-5445 | (302) 574-3000 |
| davy@jcdelaw.com | jody.barillare@morganlewis.com |
| | |
| Andrew D. Schlichter (*pro hac vice*) | Beth Herrington (*pro hac vice*) |
| Nathan D. Stump (*pro hac vice*) | Morgan Lewis & Bockius LLP |
| Joel Rohlf (*pro hac vice*) | 110 North Wacker Drive |
| Alexander L. Braitberg (*pro hac vice*) | Chicago, IL 60606 |
| Schlicter Bogard LLP | (312) 324-1000 |
| 100 South Fourth St., Ste. 1200 | beth.herrington@morganlewis.com |
| St. Louis, MO 63102 | |

| | |
|---|---|
| Phone: (314) 621-6115<br>aschlichter@uselaws.com<br>nstump@uselaws.com<br>jrohlf@uselaws.com<br>abraitberg@uselaws.com<br><br>*Counsel for Plaintiffs* | Ari Selman (*pro hac vice*)<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>(202) 309-6168<br>ari.selman@morganlewis.com<br><br>Jordan McCrary (*pro hac vice*)<br>Morgan Lewis & Bockius LLP<br>300 South Grand Ave., 22nd Floor<br>Los Angeles, CA 90071<br>(213) 680-6768<br>jordan.mccrary@morganlewis.com<br><br>*Counsel for Defendant Amazon Web Services, Inc.* |

SO ORDERED this \_\_\_\_ day of _____, 2024.

_____
The Honorable Stephanos Bibas